# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 486 MAL 2018

           Respondent      :

                             :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court

           v.               :

KENNETH MARTIN,                :

           Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.